UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR M. VAZQUEZ,                    )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )    Case No.: 2:25-cv-00141-SPC-DNF
                                      )
LEE COUNTY BOARD OF COUNTY            )
COMMISSIONERS,                        )
                                      )
                    Defendant.        )
_____/

## SWORN DECLARATION OF VICTOR M. VAZQUEZ

1. I am the Plaintiff in this action.

2. I retained counsel and relied on counsel to manage all aspects of the case.

3. I was not informed that the Court identified deficiencies in my pleadings.

4. I was not informed that corrective action was required.

5. I was told that Defendant's motions were routine delay tactics.

6. I believed my case was being properly handled.

7. I was not informed of any risk of dismissal.

8. I was not notified that the case had been dismissed.

9. I first learned of the dismissal approximately twenty (20) days after entry.

10. I acted promptly after learning of the dismissal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of March , 2026.

Victor M. Vazquez – Pro Se