**From:**
spazz2165@yahoo.com
**To:** Cynthia Ott

---

**Subject:** Clarification on Case Updates and Communication

Dear . Attorney Compton  , Cynthia Ott

I hope this message finds you well. I wanted to reach out regarding my case against Lee County BOCC for discrimination and retaliation.

When I receive billing statements for work being done on my case, I also see that filings are happening such as motions to dismiss, extensions, and requests for records. However, I usually do not get an explanation about what these filings mean for my case or what the next steps will be and what are  deadlines. Most of the time, I only learn about them when opposing counsel sends requests for medical or other records.

This leaves me often wondering why these actions are happening, who initiated them, and what they mean for my case. The paperwork usually states that these matters will be "discussed with the client," but I rarely receive a call or update explaining the situation.

I also want to understand why opposing counsel is issuing subpoenas for my records, but I do not see us requesting or subpoenaing records from the defendant to support my side.

I understand that communication takes time, but I want to make sure I am kept in the loop without feeling that I cannot ask questions because of additional costs. It is very important to me to know what is happening and what to expect next so that I feel confident about the direction of my case andbis there a date for trial or how when the steps are to get to that piont for trial.

Could we set up a regular update schedule (for example, once a month or after each major filing) so I am not left uncertain about where things stand?

Thank you for your time and for continuing to work on my case. I appreciate your guidance and look forward to your clarification.

Sincerely,
 Victor Vazquez

*Exhibit A*

### Re: Important Document from Light Path Law, P.A.

From:  Lindsay Compton (lcompton@lightpathlaw.com)

To:    spazz2165@yahoo.com

Cc:    cott@lightpathlaw.com

Date:  Monday, August 18, 2025 at 09:49 AM MST

Good Afternoon Victor,

I apologize that the communications have been more sporadic than they should be. I appreciate you reaching out to communicate your frustration. As you know, there have been staff issues in our office that have left us short staffed and not giving us the opportunity to be as communicative as we wish to be. Those issues are fixed and are resolved.

Just so you know, I am the type of attorney that as long as the opposing attorney acts in good faith (and has a reputation to act in good faith) I am going to grant extensions when they are requested. I do this because I expect the same courtesy in return and generally want to be professional. We are waiting for the court to issue a ruling on the Motion to Dismiss as of right now.

As we discussed before filing, because your mental health and health condition are at issue in this matter, all your medical records will be fair game to Lee County to review and obtain. You said you were okay with that condition. My apologies for not reminding you of that.

As of right now, it is a high priority of mind to send discovery to Lee County within the next two weeks. I will send you the draft before sending out the drafts.

I appreciate you trusting me with your matter and am always willing to address any problems you may have.

For your information, I will not be charging you for this email.

Thank you.

Lindsay Compton

Light Path Law, P.A.,
Associate Attorney



Office: (239) 689-8481
Fax: (239) 294-3930
E-mail: lcompton@lightpathlaw.com
Website: http://www.lightpathlaw.com
**We look forward to servicing you from our new location at...**

*Exhibit A*

## Re: Important Document from Light Path Law, P.A.

From:  spazz2165 (spazz2165@yahoo.com)

To:  lcompton@lightpathlaw.com

Date:  Monday, August 18, 2025 at 10:53 AM MST

---

**Subject:** Clarification on Motion to Dismiss and Case

Dear, Attorney Compton

Thank you for your reply and for explaining the situation with the staffing issues and the current status of my case. I appreciate you taking the time to update me and for clarifying the process with the records and extensions.

I want to be clear that I have nothing to hide, and I will comply with what is required, including providing medical records. My concern is more about understanding the process. From my perspective, this lawsuit is mainly about discrimination and retaliation going back to 2013, with proof and witnesses of ongoing wrongdoing. Past and present.

What I don't fully understand is how and why the County is able to request a dismissal when there is legitimate evidence and witnesses that support my claims. Is the motion to dismiss just a routine legal tactic, or is there a chance that the court could actually grant it without ever hearing my case in full? To me, that would feel unfair and biased, since I thought the point of going to trial was to present our proof and let the evidence be heard.

This is why I often wonder why certain things happen in the case. I would appreciate it if you could explain how the dismissal process works, and under what circumstances the court might grant or deny it, so I can better understand what is happening or is it just a stall tactic.

With all do respect. I am not familiar and do not understand all that goes on and they way they do in these Court matters .

Please forgive me it it feels like I am questioning  what you are doing in my case. It is not what I intended. It is just scary when you see dismissed after dismissal.  When I know what I've and others have been through. We as a people  should not have to live and go through this after many of years of people fighting for there Rights especially these kind of matters. Once again please except my apology for this misunderstanding.

Thank you again for presenting me and for your efforts in moving this case forward

Sincerely,
Victor Vazquez

Sent from my Verizon, Samsung Galaxy smartphone

------- Original message -------
From: Lindsay Compton <lcompton@lightpathlaw.com>

*EXHIBIT A*

Date: 8/18/25 12:49 PM (GMT-05:00)
To: spazz2165 <spazz2165@yahoo.com>
Cc: Cynthia Ott <cott@lightpathlaw.com>
Subject: Re: Important Document from Light Path Law, P.A.

Good Afternoon Victor,

I apologize that the communications have been more sporadic than they should be. I appreciate you reaching out to communicate your frustration. As you know, there have been staff issues in our office that have left us short staffed and not giving us the opportunity to be as communicative as we wish to be. Those issues are fixed and are resolved.

Just so you know, I am the type of attorney that as long as the opposing attorney acts in good faith (and has a reputation to act in good faith) I am going to grant extensions when they are requested. I do this because I expect the same courtesy in return and generally want to be professional. We are waiting for the court to issue a ruling on the Motion to Dismiss as of right now.

As we discussed before filing, because your mental health and health condition are at issue in this matter, all your medical records will be fair game to Lee County to review and obtain. You said you were okay with that condition. My apologies for not reminding you of that.

As of right now, it is a high priority of mind to send discovery to Lee County within the next two weeks. I will send you the draft before sending out the drafts.

I appreciate you trusting me with your matter and am always willing to address any problems you may have.

For your information, I will not be charging you for this email.

Thank you.

Lindsay Compton

Light Path Law, P.A.,



**From:** spazz2165 <spazz2165@yahoo.com>
**Date:** Monday, August 18, 2025 at 1:53 PM
**To:** Lindsay Compton <lcompton@lightpathlaw.com>
**Subject:** Re: Important Document from Light Path Law, P.A.

---

**Subject:** Clarification on Motion to Dismiss and Case

Dear, Attorney Compton

Thank you for your reply and for explaining the situation with the staffing issues and the current status of my case. I appreciate you taking the time to update me and for clarifying the process with the records and extensions.

I want to be clear that I have nothing to hide, and I will comply with what is required, including providing medical records. My concern is more about understanding the process. From my perspective, this lawsuit is mainly about discrimination and retaliation going back to 2013, with proof and witnesses of ongoing wrongdoing. Past and present.

What I don't fully understand is how and why the County is able to request a dismissal when there is legitimate evidence and witnesses that support my claims. At this point the court is only considering whether we have alleged sufficient information to confirm that you are entitled to redress from Lee County. The motion doesn't decide the issues on the merits, its assumes everything we say is true and decides, if all this is true, is he entitled to damages form Lee County. In the first Motion they filed, I agreed with some  It is a common delay tactic employed by Defendants. If the court grants their motion for some reason the court will allow us to file another complaint. The court will not have it go away completely. They know this, that's why they are moving onto discovery.  Is the motion to dismiss just a routine legal tactic, or is there a chance that the court could actually grant it without ever hearing my case in full? To me, that would feel unfair and biased, since I thought the point of going to trial was to present our proof and let the evidence be heard.

This is why I often wonder why certain things happen in the case. I would appreciate it if you could explain how the dismissal process works, and under what circumstances the court might grant or deny it, so I can better understand what is happening or is it just a stall tactic.

  With all do respect. I am not familiar and do not understand all that goes on and they way they do in these Court matters .

  Please forgive me it it feels like I am questioning  what you are doing in my case. It is not what I intended. It is just scary when you see dismissed after dismissal.  When I know what I've and others have been through. We as a people  should not have to live and go through this after many of years of people fighting for there Rights  especially these kind of matters. Once again please except my apology for this misunderstanding. There is no need to apologize, I did not interpret your email that way. I want you to be clear on the processes and know that this is completely normal, so my apologies as well. I anticipate the court will not issue a ruling for months. This is normal. If you have more questions, please let me know. I will reach out within a couple weeks with the drafted discovery for your review.

  Thank you again for presenting me and for your efforts in moving this case forward

Sincerely,
Victor Vazquez