

EXHIBIT C

Re: Request for DMG Study from Opposing Counsel

From:  Konnie Capra (kcapra@lightpathlaw.com)

To:      spazz2165@yahoo.com

Cc:      smcdonald@lightpathlaw.com

Date:   Monday, September 15, 2025 at 09:42 AM MST

Mr. Vazquez,

Attorney Lindsay Compton is no longer with this firm.  I have forwarded your email to Attorney Shane McDonald for his response.  Thank you.

Sincerely,

Konnie Capra

Light Path Law, P.A.,
Paralegal



Office: (239) 689-8481
Direct: (239) 294-0691
Fax: (239) 294-3930
E-mail: kcapra@lightpathlaw.com
Website: http://www.lightpathlaw.com
2069 First Street, Suite 100
Fort Myers, Florida 33901

Please disregard any typos as this message was dictated to provide faster service.

CONFIDENTIALITY NOTE: This e-mail along with any attachments transmitted with it, is for the sole use by the intended recipient(s) and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any unauthorized review, use, retention, disclosure, dissemination, forwarding, printing or copying of this email is strictly prohibited. If this e-mail is not addressed to you (or if you have any reason to believe that it is not intended to for you), please notify Light Path Law, P.A. at info@lightpathlaw.com or the sender by telephone at (239) 689-8481 or by return e-mail and promptly destroy all copies of the transmission.

**From:** spazz2165 <spazz2165@yahoo.com>
**Date:** Monday, September 15, 2025 at 12:16 PM
**To:** Konnie Capra <kcapra@lightpathlaw.com>, Lindsay Compton

*Exhibit C*

## Re: Request for DMG Study from Opposing Counsel

From:  spazz2165 (spazz2165@yahoo.com)

To:  kcapra@lightpathlaw.com

Date:  Monday, September 15, 2025 at 09:51 AM MST

With all do respect.  As long as I have been with Light Path Law.  I have had several different parellegals and now Attorney.  Hope thi doesn't affect my case and how important this is to me and others for Civil and just Justice for all affected.

  Thanks

  Victor Vazquez

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Konnie Capra <kcapra@lightpathlaw.com>
Date: 9/15/25 12:42 PM (GMT-05:00)
To: spazz2165 <spazz2165@yahoo.com>
Cc: Shane McDonald <smcdonald@lightpathlaw.com>
Subject: Re: Request for DMG Study from Opposing Counsel

Mr. Vazquez,

Attorney Lindsay Compton is no longer with this firm.  I have forwarded your email to Attorney Shane McDonald for his response.  Thank you.

Sincerely,

Konnie Capra

Light Path Law, P.A.,

Paralegal



*Exhibit C*

Complaint and to ensure that there aren't any other causes of action that could be added (or any that should be dropped if not supported).
3. Once completed I will forward you the completed complaint for your approval as these will be your allegations that you are swearing to as part of the official record.

If you have any questions or concerns regarding this plan I will be more than happy to go over this with you at any time this weekend or Monday morning. If you would like a call at any time this weekend please provide some times which you are available and I will call you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** spazz2165 <spazz2165@yahoo.com>
**Sent:** Friday, November 28, 2025 8:04:05 AM
**To:** Cynthia Ott <cott@lightpathlaw.com>; Chris Stipek <cstipek@lightpathlaw.com>; Light Path Law, P.A. <kscott-lightpathlaw.com@shared1.ccsend.com>
**Subject:** Subject: Request for Case Update and Improved Communication

Dear: Light Path Law

I hope you are doing well. I am writing because I want to express some concerns regarding the communication on my case.

Since our initial conversation when the original papers were being prepared for filing—I have not had the opportunity to speak in detail with anyone about the progress of my case. I continue to receive invoices that note things like "discussed case in morning meeting" or "will discuss next steps with client," yet I have not been contacted regarding those discussions or the next steps.

After reading the invoices and seeing the work being done on my case, I have been fortunate that Ms. Syntha Ott has taken my calls when I had questions. I truly appreciate her willingness to respond when I reach out. However, I believe communication should happen automatically, not only when I call after reading a bill.

I understand completely that I am not your only client, and I have been very patient throughout this process. Still, I believe I should receive the same level of respect and communication as any other client—especially when the invoices indicate that updates should be shared with me.

I also want to mention that several different people have worked on my case over time, which makes consistent communication even more important. Your firm's mission, values, and the principles you stand for are exactly why I chose you to represent me, and I remain thankful for that. I am committed to seeing this case through, because justice matters not only for me but for others as well.

All I am requesting is clearer and more regular communication. I would greatly appreciate an update on where my case currently stands and what the next steps will be.

Thank you for your time, and I look forward to hearing from you soon.

Sincerely,

Victor Vazquez

239 560 6758

The only time I have been able to speak in detail with an attorney about this matter was when I met with Lindsey Compton to review the original documents that were going to be filed. Since then, I have worked with different paralegals and attorneys on the case, and I believe it would be very helpful to speak directly with you or to meet in person, if possible.

Please let me know when you might be available. I truly appreciate your time and attention.

Thank you,
Victor Vazquez

---

Sent from my Verizon, Samsung Galaxy smartphone

——— Original message ———
From: Chris Stipek <cstipek@lightpathlaw.com>
Date: 11/28/25 8:31 PM (GMT-05:00)
To: spazz2165 <spazz2165@yahoo.com>, Cynthia Ott <cott@lightpathlaw.com>
Subject: Re: Subject: Request for Case Update and Improved Communication

Good Evening Mr. Vazquez,

I hope this correspondence finds you well.

I am more than happy to discuss any and all situations regarding your case.

1. I am currently in the process of doing a full review of your file at no charge as I cannot bill you for learning information which was already discussed with prior counsel.
2. As I Conduct my review I have been assessing the facts and information in connection to the Complaint that was drafted to determine the validity of the Complaint and to ensure that there aren't any other causes of action that could be added (or any that should be dropped if not supported).
3. Once completed I will forward you the completed complaint for your approval as these will be your allegations that you are swearing to as part of the official record.

If you have any questions or concerns regarding this plan I will be more than happy to go over this with you at any time this weekend or Monday morning. If you would like a call at any time this weekend please provide some times which you are available and I will call you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** spazz2165 <spazz2165@yahoo.com>
**Sent:** Friday, November 28, 2025 8:04:05 AM
**To:** Cynthia Ott <cott@lightpathlaw.com>; Chris Stipek <cstipek@lightpathlaw.com>; Light Path Law, P.A.

## Re: Subject: Request for Case Update and Improved Communication

From:  spazz2165 (spazz2165@yahoo.com)

To:       cstipek@lightpathlaw.com; spazz2165@yahoo.com

Cc:       cott@lightpathlaw.com; kscott-lightpathlaw.com@shared1.ccsend.com

Date:   Monday, December 15, 2025 at 12:06 PM MST

Good Afternoon,

I hope everyone is doing well. I am writing as a follow-up regarding an email I sent to Attorney Stipek on December 8th requesting time to speak about the status of my case and to ask a few questions.

Attorney Stipek had previously mentioned that if I needed to speak with him, I could set a time over a weekend for a call. However, out of respect for his personal time and my own, I felt it was more appropriate to wait and reach out during the regular workweek. That is why I sent my request on December 8th.

At this time, I would greatly appreciate the opportunity to speak directly with Attorney Stipek or to schedule a meeting at a mutually convenient time during business hours. It is important to me to better understand where things stand with my case and to address a few concerns I have.

Thank you all for your time and assistance. I look forward to hearing back and appreciate your continued work on my behalf.

Sincerely,
Victor Vazquez

------- Original message -------
From: spazz2165 <spazz2165@yahoo.com>
Date: 12/8/25 11:30 AM (GMT-05:00)
To: Chris Stipek <cstipek@lightpathlaw.com>
Subject: Re: Subject: Request for Case Update and Improved Communication

Good Afternoon Attorney Stipek,

I hope you are doing well. I am writing to kindly request a time to speak with you regarding the status of my case. I have several questions and would really appreciate the opportunity to discuss what is currently going on.